

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,962-01

### EX PARTE MARCUS TATE, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1082918-A IN THE 338TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession of a controlled substance, and was sentenced pursuant to Section 12.44(a) of the Texas Penal Code to one hundred fifty days in county jail. He did not appeal his conviction.

Applicant contends that his plea was involuntary and that his conviction violates due process because several years after he entered his plea, the evidence in his case was tested and found not to contain any controlled substance or dangerous drug. Although Applicant has discharged his sentence

in this case, he alleges that he is suffering continuing consequences as a result of this conviction. Those continuing consequences are sufficient to allow this Court to address his claims. *Ex parte Harrington*, 310 S.W.3d 452, 456-57 (Tex. Crim. App. 2010).

The parties have entered agreed findings of fact and conclusions of law, and the trial court has determined that Applicant's decision to plead guilty in this case was not a voluntary and intelligent choice. Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

Relief is granted. The judgment in Cause No. 1082918 in the 338th District Court of Harris County is set aside.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: March 25, 2015
Do not publish